IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | | |
|---|---|---|
| FERNANDO GUTIERREZ-PONCE And JARAD WILLIAMS-MILLER, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| **Plaintiff,** | § § | CIVIL ACTION NO. 2:18-cv-00786-CG-SMV |
| v. | § § | |
| FTS INTERNATIONAL SERVICES, LLC, | § § § | |
| **Defendant.** | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO FILE RESPONSIVE PLEADING

CAME ON FOR CONSIDERATION Defendant FTS International Services, LLC's ("Defendant") and Plaintiffs Fernando Gutierrez-Ponce and Jarad Williams-Miller's ("Plaintiffs") (collectively, "the Parties") agreed motion to extend the time for Defendant to respond to Plaintiffs' Original Complaint which was filed on August 17, 2018. The Parties have agreed that Defendant's date to answer or otherwise respond to Plaintiffs' Complaint should be September 21, 2018. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint be extended until September 21, 2018.

DATE: September 19, 2018

_____
STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF CONFERENCE

I have conferred with counsel for Plaintiff by email or teleconference and they have approved the foregoing proposed order.

Submitted by:

*/s/ Derek T. Rollins*

John B. Brown
*Application for Admission to D.N.M. pending*
Texas Bar No. 00793412
Federal No. 348718
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
214.987.3800
214.987.3927 (Fax)
john.brown@ogletreedeakins.com

Derek T. Rollins
New Mexico Bar No. 25881
derek.rollins@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
301 Congress Avenue, Suite 1150
Austin, Texas 78701
512.344.4700
512.344.4701 (Fax)

and

Jared Vitemb
Texas Bar No. 24057042
Jared.Vitemb@ftsi.com
**FTS INTERNATIONAL SERVICES, LLC**
777 Main Street, Suite 2900
Fort Worth, TX 76102
817.339.5144

**ATTORNEYS FOR DEFENDANT
FTS INTERNATIONAL SERVICES, LLC**

Approved by:

*/s/ Daniel A. Verrett*
Daniel A. Verrett
Texas Bar No. 24075220
daniel@morelandlaw.com
**MORELAND LAW FIRM, P.C.**
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box L
Austin, TX 78746
512.782.0567
512.782.0605 (fax)

and

Edmond S. Moreland, Jr.
Texas Bar No. 24002644
Application for Admission to D.N.M. *pending*
edmond@morelandlaw.com
**MORELAND LAW FIRM, P.C.**
700 West Summit Drive
Wimberley, TX 78676
512.782.0567
512.782.0605 (fax)

**ATTORNEY FOR PLAINTIFFS**

35593391.1