**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FERNANDO GUTIERREZ-PONCE, and
JARAD WILLIAMS-MILLER, Individually
and on Behalf of all others Similarly Situated,

    Plaintiffs,

v.                                                      CV No. 18-786 CG/SMV

FTS International Services, LLC.,

    Defendant.

## **NOTICE OF IMPENDING REASSIGNMENT**

Pursuant to FED. R. CIV. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. § 636(c). One or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as presiding judge if written consents from all parties have not been filed by **October 4, 2018**.

The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE