# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**FERNANDO GUTIERREZ-PONCE,**
**and JARAD WILLIAMS-MILLER,**

    **Plaintiffs,**

**v.**           **No. 18-cv-0786 WJ/SMV**

**FTS INTERNATIONAL SERVICES, LLC,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     October 31, 2018, at 1:30 p.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **October 31, 2018, at 1:30 p.m.** Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.