# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO
# LAS CRUCES DIVISION

| | | |
|---|---|---|
| FERNANDO GUTIERREZ-PONCE and JARAD WILLIAMS-MILLER, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:18-CV-00786-WJ/SMV |
| v. | § § | |
| FTS INTERNATIONAL SERVICES, LLC, | § § § § | |
| Defendant. | § | |

## ORDER

CAME ON FOR CONSIDERATION Defendant FTS International Services, LLC's Unopposed Motion to Excuse Lead Counsel from Rule 16 Conference. The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's lead counsel, John B. Brown, is excused from attending the Rule 16 conference and that John M. Barcus is allowed to appear to represent Defendant at the conference.

Signed this 11th day of January, 2019.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| **MORELAND VERRETT, P.C.**<br>700 West Summit Drive<br>Wimberley, Texas 78676<br>Telephone: (512) 782-0567<br>Facsimile: (512) 782-0605 | */s/ John B. Brown*<br>John B. Brown<br>Texas Bar No. 00793412<br>john.brown@ogletreedeakins.com<br>John M. Barcus<br>Texas Bar No. 24036185 |

By: */s/ Edmond S. Moreland, Jr.*
    Edmond S. Moreland, Jr.
    Texas Bar No. 24002644
    edmond@morelandlaw.com

Daniel A. Verrett
Texas State Bar No. 24075220
daniel@morelandlaw.com
**MORELAND VERRETT, P.C.**
The Commissioners House at Heritage Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
Telephone: (512) 782-0567
Facsimile: (512) 782-0605

**ATTORNEYS FOR PLAINTIFFS**

john.barcus@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3926

Derek T. Rollins
New Mexico Bar No. 25881
derek.rollins@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701

**ATTORNEYS FOR DEFENDANT
FTS INTERNATIONAL SERVICES, LLC**