# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO
# LAS CRUCES DIVISION

| | | |
|---|---|---|
| FERNANDO GUTIERREZ-PONCE and JARAD WILLIAMS-MILLER, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:18-CV-00786-WJ/SMV |
| v. | § § | |
| FTS INTERNATIONAL SERVICES, LLC, | § § § | |
| Defendant. | § | |

## ORDER APPROVING SETTLEMENT

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement. The Court is satisfied that the terms of the settlement are fair, reasonable, and the result of a bona fide compromise between the parties.

IT IS THEREFORE ORDERED that the proposed settlement is approved and the Joint Motion for Approval of Settlement Agreement is GRANTED. The claims of Fernando Gutierrez-Ponce and Jarad Williams-Miller are dismissed with prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE